# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:07-CR-0148-03-RWS |
| JOSE FEDERICO CHACON-VELA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [378] of Magistrate Judge E. Clayton Scofield, III. Following issuance of the Report and Recommendation, Defendant filed a Motion for Enlargement of Time in Which to File Objections to the Report and Recommendation [380]. By Order [383] entered January 16, 2014, Defendant was granted an extension through March 3, 2014 to file Objections. Plaintiff has failed to file any objections to the Report and Recommendation.

After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Defendant's

AO 72A
(Rev.8/82)

Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct His Sentence [329] is hereby **DENIED**. Further, Defendant is denied a certificate of appealability.

    **SO ORDERED** this  4th  day of April, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)